```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

            FEB 2 2 2023

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| FELIPE AGAPITO GATCHALIAN RAAGAS, | |
| Defendant. | |

This Court finds Felipe Agapito Gatchalian Raagas pled guilty to Count 1 of a 16-Count Criminal Indictment charging him with bank fraud in violation of 18 U.S.C. §§ 1344 and 1349. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 363; Plea Agreement, ECF No. ___.

This Court finds Felipe Agapito Gatchalian Raagas agreed to the imposition of the in personam criminal forfeiture money judgment of $127,858.82 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 363; Plea Agreement, ECF No. 364.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1344, or 18 U.S.C. § 1349, conspiracy to commit such offense and (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. § 1344, affecting a financial institution, or 18 U.S.C. § 1349, conspiracy to violate and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

1  This Court finds that Felipe Agapito Gatchalian Raagas shall pay an in personam
2  criminal forfeiture money judgment of $127,858.82 to the United States of America, not to
3  be held jointly and severally liable with any codefendants and the collected money judgment
4  amount between the codefendants is not to exceed $1,407,183.61 to ensure the government
5  does not collect more than the forfeitable amount based on the forfeiture statutes under Fed.
6  R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18
7  U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

8  This Court finds that on the government's motion, the Court may at any time enter
9  an order of forfeiture or amend an existing order of forfeiture to include subsequently
10 located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

11 The in personam criminal forfeiture money judgment complies with *United States v.*
12 *Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 137 S. Ct. 1626 (2017); *United*
13 *States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313
14 (9th Cir. 2021).

15 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
16 the United States of America recover from Felipe Agapito Gatchalian Raagas an in
17 personam criminal forfeiture money judgment of $127,858.82.

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
19 copies of this Order to all counsel of record and three certified copies to the United States
20 Attorney's Office, Attention Asset Forfeiture Unit.
21        DATED ___Feb 22___, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE