

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-300-JCM-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| FELIPE AGAPITO GATCHALIAN RAAGAS, | |
| Defendant. | |

This Court found that Felipe Agapito Gatchalian Raagas shall pay the in personam criminal forfeiture money judgment of $127,858.82 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 364; Preliminary Order of Forfeiture, ECF No. 366.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

To comply with *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021), the government reduced the in personam criminal forfeiture money judgment amount to $127,159.88.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Felipe Agapito Gatchalian Raagas the in personam criminal forfeiture money judgment of $127,159.88, not to be held jointly and severally liable with

any codefendants and the collected money judgment amount between the codefendants is not to exceed $1,407,183.61 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED May 5, 2023, 2023.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2